NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWIN LEON WILLIAMS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D19-517
　　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

PER CURIAM.

Affirmed.　See Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Pleas v. State, 41 So. 3d 980 (Fla. 1st DCA 2010); Lykins v. State, 894 So. 2d 302 (Fla. 3d DCA 2005); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001); Bloodworth v. State, 504 So. 2d 495 (Fla. 1st DCA 1987).

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.